<u>United States District Court, Central District of Illinois, Peoria Division</u>

Peter J McCloud

v.

Z. Smith, Major Susan Prentice
John, Doe, #1

*\*Jury Trial Demanded\**
*\*Complaint for Money Damages\**

I. *\*<u>Jurisdiction</u>\**

1. Plaintiff brings this lawsuit pursuant to 42 U.S.C § 1983. This Court has Jurisdiction Under 28 U.S.C §§ 1331 & 1343

II. *\*<u>Venue</u>\**

2. The District of Illinois Central District of Illinois, Peoria Div is An Appropriate Venue Under 28 U.S.C § 1391(b)(2) because A Substantial part of the events or omissions giving rise to the claim occurred in this *\*District\**

## III. Parties

3. Plaintiff "Peter J McCloud" was at all times relevant to this action a prisoner incarcerated at the Pontiac Correctional Center which is located in the "Central District of Illinois"

4. Defendant "Z. Smith" was at all times relevant to this action a Correctional officer at the Pontiac Correctional Center. And was acting under the color of federal and state law. By the 8th Amendment of the United States Constitution an Inmate shall not be subjected to excessive force. He is being sued in his individual capacity.

5. Defendant Susan Prentice was at all times relevant to this action a Correctional officer at the Pontiac Correctional Center. And was acting under the Color of federal and state law. By the 8th Amendment of the United States Constitution an Inmate shall not be subjected to failure to protect an Inmate from an assault by Correctional officers and unsanitary Conditions. She is being sued in her individual capacity

6. Defendant John Doe #1 was at all times relevant to this action a Correctional officer at the Pontiac C.C. And was acting under the Color of the law. By the 8th Amendment

of the United States Constitution An Inmate shall not be subjected to excessive force. He is being sued in his individual capacity.

## IV. "Exhaustion of Administrative" "Remedies"

7. Plaintiff sought to exhaust his Administrative Remedies As required by the "Prison Litigation Reform Act" 1997(e)(A) by first sending Grievances to my Counselor ("Donna Jones"), And A Copy of that same Grievance to the Administrative Review Board, A Copy of the same Grievance to the Warden Randy Pfister And Laff. Also A letter to the A.R.B was attached to the grievance I sent to Springfield ("A.R.B") letting them know that this issue is not intended to be sent as a grievance to this office. The Plaintiff also informed the A.R.B that it was being sent as a "Strategic purpose" because Plaintiff knew Pontiac would some how make the Grievance disappear.

8. Once Plaintiff got the response from the Counselor the Plaintiff sent the grievance to the grievance off After recieving no response within 4 months An finally the grievance officer said they never re my Grievance.

9. Plaintiff Did in fact attempt to exhaust his Administrative Remedies but the grievance officer refuse to answer as her office stated they had them but months later says they never got them.

10. If the Issue of Exhaustion does come up Plaintiff Begg's this court to conduct an "Evidentiary hearing" on this Matter Pursuant to Rules #614 Federal Rules of Evidence.

11. Plaintiff understood the grievance Procedure(s) very well as I first got an answer from the Counselor "Donna Jones" Then sent the grievance to the grievance officer, whom refused to answer my grievance on this issue. Plaintiff Can only Exhaust Remedies that are Available.

V. "Factual Allegations"

12  On September 13, 2014 I was on 9 Gallery in the
13  West-Cell-house When Lt. Susan Prentice came to
14  my cell and told me to Cuff-up because I was being
15  stripped-out for talking on the gallery. I further Asked
    her what was she talking about. She said she saw me
16  All the way from 1 gallery talking and she told me to
17  Cuff-up. C/o Z. Smith and C/o John Doe came by my

18.
19. Door as she spoke, I cuffed-up and complied because I
20. didn't want any more problems and was escorted to the then
21. full bullpen of inmates that were also being stripped out for
22. talking. Lt. Prentice ordered the C/o Z. Smith to bring me over
23. to the other cage area and as she bent down to get the cuffs
24. loose on the bench I began to say to her "Why are you strippin
25. g me out." And further told her she had the wrong guy. The C/o
26. Z. Smith told me to shut the fuck-up say, I'm tired of your
27. mouth. I further tried to explain to Lt. Prentice whom was
28. struggling with the handcuff that she had the wrong cell, and
29. the C/o Z. Smith punched me in the side of my face and
30. tired to trip me down to the ground. I caught my balance
31. and then the C/o applied a choke hold around my neck and
32. choked me till I passed-out and urined on myself. When I
33. came to the C/o Z. Smith Lt. Prentice and John Doe #1 helped
34. Drag me to cell 2-17 and ordered me to give up my clothes
35. I complied because I feared for my life. Inside the cell I
36. noticed that the mattress was covered in mace and feces, the
37. walls had blood and mace and feces on it. And I was not given
38. any blankets, bed sheets or cleaning supplies. I asked Lt Prentice
39. why was she doing this to me and she told me that "She
40. hated you niggers that talk to much." I was made to stay naked
41. for 3 day's and made to stay with out a clean mattress and
42. cleaning supples "Per Lt Prentice's order for an extra 18 day's (3) week's
43. I informed the warden but never got answered, I wrote Spring
44. field A.R.B never fully answered as I told them, I filed a grieva
   ce with Donna Jones about the assault and strip-out status, and

45. I sent in regular and emergency grievances. Donna Jones responded
46. And I sent the responded to grievance to the grievance officer
47. Whom refused to respond After 4 months of having my grievance
48. Now Plaintiff had no choose but to file this suit.

## VI. *Causes of Action*

### Count 1

*Plaintiff was Subjected to Excessive Force in Violation of the Eighth Amendment to the Constitution*

49. Plaintiff incorrporates Paragraph 1-33 As though they were stated Fully herein

50. Defendant Z. Smith violated Plaintiff's Eighth Amendment rights to be free of excessive Force by punching the Plaintiff in the left side of the face And causing Injury were Defendant Choked Plaintiff Unconscience Causing pain to Plaintiff's neck, back, And headaches. Plaintiff Also suffered Psycological Humiliation were Z. Smith Drugged plaintiff to the Cell, were. Plaintiff urined on his-self from being Choked, were Plaintiff was made to stay in Unsanitary Conditions, And Refusing to get me Medical Attention right Away.

## Count II (2)

Plaintiff was subjected to Cruel And Unusual Punishment In Violation of the Eighth Amendment to the Constitution.

51. Plaintiff incorporates paragraph 1 through 48 As though they were stated fully herein

52. Defendant Susan Prentice Violated the Eighth Amendment By failing to stop the Correctional officer Z. Smith from Assaulting me. And By Placing the Plaintiff in Unsanitary Condition And refusing to get Me Medical Attention. Refusing to get Me Cleaning Supplies And tools, Proper bedding, And Clothing And force me to stay in the Unsanitary Conditions until She got her Major Spot And Moved out the cell-house.

## Count III (3)

Plaintiff was subjected to Cruel And Unusual Punishment In Violation of the Eighth Amendment to the Constitution

53. Plaintiff incorporates paragraph 1 through 48 As though they were stated fully herein

54. Defendant John Doe #1 violated the Eighth Amendment by failing to stop the Correctional officer Z. Smith from Assaulting Me And Placing Me in Unsanitary Conditions. Refusing to get me Medical Attention right Away

Count IV. (4)

State Battery "tort" Appliable to the State of Illinois

Plaintiff is seeking Battery Charges on All the Defendants, As this was An Unprovoked Incident And the Defendants tired to cover these issues up

This was A Criminal Act that Must be Battery Under the Illinois Complied Statues of Battery.

# VII Prayer for Relief

Wherefore, Plaintiff respectfully prays that this Court:

A. Declare that the Acts And omissions described herein violated Plaintiff's Rights under the Constitution And laws of the United States Constitution And the laws of Illinois

B. 125,000 Punitive Damages from each Defendant.

25,000 Compensatory Damages from each Defendant

Or in the Amounts this Court deems Appropriate

C. order the Defendants to Appoligze to the Plaintiff

D. Order the Defendants to pay reasonable Attorney Fees And costs.

"Verification"

Pursuant to 28 U.S.C § 1746 I declare And Verify Under penalty of Perjury Under the law of the United States of America that the foregoing is true And Correct. Executed on 1-20-2015
January 20, 2015

Perr McCloud R31479