## Verdict Form Part 1—Defendant Zachary Smith

1. On Plaintiff's claim of excessive force against **DEFENDANT ZACHARY SMITH**, we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Zachary Smith

2. On Plaintiff's claim of battery against **DEFENDANT ZACHARY SMITH**, we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Zachary Smith

3. On Plaintiff's claim of failure to provide medical attention against **DEFENDANT ZACHARY SMITH**, we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Zachary Smith

4. On Plaintiff's claim of unconstitutional cell conditions against **DEFENDANT ZACHARY SMITH**, we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Zachary Smith

FILED
APR 18 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# Verdict Form Part 2—Defendant Susan Prentice

1. On Plaintiff's claim of failure to intervene against **DEFENDANT SUSAN PRENTICE,** we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Susan Prentice

2. On Plaintiff's claim of failure to provide medical attention against **DEFENDANT SUSAN PRENTICE**, we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Susan Prentice

3. On Plaintiff's claim of unconstitutional cell conditions against **DEFENDANT SUSAN PRENTICE**, we, the jury, find in favor of:

    ☐ Plaintiff Peter McCloud

    ☒ Defendant Susan Prentice

# Verdict Form Part 3—Damages

*If you found against one or more Defendants on Plaintiff's claims of excessive force, failure to intervene, battery, or failure to provide medical attention, list the total amount of compensatory damages you award on these claims. If you found in favor of all Defendants on all claims, skip this part and go to Part 4 and sign and date the verdict form.*

1. We fix Plaintiff's total compensatory damages on his claims of excessive force, failure to intervene, battery, or failure to provide medical attention in the amount of $_____.

*If you found against one or more Defendants on Plaintiff's claim of unconstitutional cell conditions, you must award $1.00 in compensatory damages on that claim because the law limits compensatory damages on that claim to $1.00.*

2. We fix Plaintiff's compensatory damages on his claim of unconstitutional cell conditions in the amount of $_____ ($1.00).

*If you found against one or more Defendants on any claim, then you may, but are not required to, award punitive damages against that Defendant.*

3. Having found against a particular Defendant, we fix Plaintiff's punitive damages, if any, against that Defendant, as follows:

    Defendant Zachary Smith: $_____

    Defendant Susan Prentice: $_____

## Verdict Form Part 4—Signatures and Date

We, the jury, having reached a unanimous agreement on all claims, affix our signatures below.

Date: 18 April, 2017

s/Foreperson

Presiding Juror
s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror